UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLETTE VILLATORO,<br>　　　　Plaintiff,<br>　　v.<br>WALTERS & WOLF INTERIORS, et al.,<br>　　　　Defendants. | Case No. 4:20-cv-00609-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS<br><br>Re: Dkt. No. 11 |

On February 7, 2020, Defendants filed a motion to dismiss Plaintiff Villatoro's initial complaint. (Dkt. No. 11.) On February 21, 2020, Plaintiff filed an amended complaint. (Dkt. No. 15.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed fewer than 21 days after service of the 12(b)(6) motion. Accordingly, the Court terminates the pending motion to dismiss, as the operative complaint is now the amended complaint.

**IT IS SO ORDERED.**

Dated: February 24, 2020

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge